HUGH K. BENNETT et al., Respondents, *v.* IRVING TRUST COMPANY, Appellant.

Argued March 3, 1955; decided April 28, 1955.

*Jay Leo Rothschild* for appellant.

*Arnold L. Fein* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, DYE, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ.